**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RAYMOND BARNES, JR,

                Plaintiff,                          23 **CIVIL** 1976 (JLC)

       -v-                                   **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 28, 2023, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           September 29, 2023

                                                                **RUBY J. KRAJICK**
                                                                   _____
                                                                        **Clerk of Court**

                                      **BY:**

                                                                     **Deputy Clerk**